Matthew Clarke, State Bar No. 184959
(matt@christmankelley.com)
Dugan P. Kelley, State Bar No. 207347
(dugan@christmankelley.com)
Matthew N. Mong, State Bar No. 273337
(mmong@christmankelley.com)
CHRISTMAN, KELLEY & CLARKE, PC
1334 Anacapa Street
Santa Barbara, CA 93101
Tel.: (805) 884-9922
Facsimile: (866) 611-9852

Attorneys for Plaintiff SAVE THE VALLEY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE THE VALLEY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BOARD OF INDIAN APPEALS and BUREAU OF INDIAN AFFAIRS, subdivisions of the United States of America, SALLY JEWELL, Secretary of the United States Department of the Interior,<br><br>Defendants. | Case No.: 2:16-cv-02191-RGK-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:
2 |     PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff
3 | SAVE THE VALLEY, LLC voluntarily dismisses the above-captioned action without
4 | prejudice.
5 |
6 | DATED: June 17, 2016                   CHRISTMAN, KELLEY & CLARKE, PC
7 |
8 |
9 |                                          By: /s/ Matthew M. Clarke
10 |                                              Matthew M. Clarke
                                                Dugan P. Kelley
11 |                                              Matthew N. Mong
                                         Attorneys for Plaintiff SAVE THE
12 |                                          VALLEY, LLC

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE